NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1570

BAKER HUGHES, INCORPORATED
and BAKER PETROLITE CORPORATION,

Plaintiffs-Appellees,

v.

NALCO COMPANY,

Defendant-Appellant.

Appeal from the United States District Court for the Southern District of Texas in case no. 4:09-CV-01885, Judge Kenneth Hoyt.

ON MOTION

Before GAJARSA, Circuit Judge.

## ORDER

Nalco Company submits a motion for a stay, pending appeal, of the preliminary injunction entered by the United States District Court for the Southern District of Texas on September 11, 2009 and moves for an "administrative stay" of the injunction while the court considers the papers submitted.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     Baker Hughes, Incorporated et al.'s response to the motion is due within seven calendar days of the date of this order.

(2)   Nalco's motion for an "administrative stay" of the injunction is granted. The injunction is temporarily stayed pending receipt of Baker Hughes' response and consideration by the court of the papers.

FOR THE COURT

SEP 1 6 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:   Michael J. Abernathy, Esq.
        John H. Barr, Jr., Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 6 2009

JAN HORBALY
CLERK

2009-1570                    2